# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142546(45)

LUWANNA HARRINGTON,
       Plaintiff-Appellee,

v

REGINA SIMPSON,
       Defendant-Appellant.

_____/

SC: 142546
COA: 294365
Wayne CC: 08-123881-NS

On order of the Court, the motion for reconsideration of this Court's June 24, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would hold this case in abeyance for *Hoffner v Lanctoe* (Docket No. 142267, lv gtd 4/22/11), for the reasons set forth in his dissenting statement in this case, 489 Mich 964 (2011).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

h0829

       Clerk